442 A.2d 348

Toner v. Protective Insurance Co., et al.

Appeal of Protective Insurance Company.

Argued January 26, 1981. Joel Feldscher, for appellant;  Thomas Bruno, for The Pennsylvania Assigned Claims Plan, appellee;  S. David Fineman, for Toner, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Order affirmed.